# United States Court of Appeals for the Federal Circuit

April 12, 2006

ERRATA

Appeal No. 04-1568

GLENAYRE ELECTRONICS, INC., v. PHILLIP JACKSON and PMJ FAMILY LIMITED PARTNERSHIP

Decided:  April 11, 2006            Precedential Opinion

Please make the following change:

Page 16 line 21 change "Glenayre" to --Jackson--